No. 5333.—GREVATT BROTHERS, aplda., *v.* PARADÍS, aplte.— C. D. San Juan. Junio 3, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.) Desestimado por abandono.

No. 5332.—VIDAL, apldo., *v.* SOBRINOS DE EZQUIAGA, aplte., y FRANK BOND HATCH, demandado. C. D. San Juan. ██ Junio 3, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.) Desestimado por abandono.

No. 5336.—SANTINI FERTILIZER Co., aplda., *v.* CARRO ET AL., apltes.—C. D. San Juan. Junio 3, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Texidor.) Desestimado por abandono.

No. 5349.—VÉLEZ, aplda., *v.* DÍAZ COLLAZO, aplte.—C. D. Ponce. Junio 12, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.) Desestimado por abandono.

No. 5355.—ROJO FABIÁN & CA., aplda., *v.* FÉLIX DEL RÍO & Co., S. EN C., SUCR., aplte.—C. D. San Juan. Junio 17, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.) Desestimado por abandono.

No. 5359.—GELY, aplda., *v.* ROLÓN, aplte.—C. D. Guayama. Junio 17, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Hutchison.) Desestimado por abandono.